UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LONNIE KNOX,                                              Case No.
                              Plaintiff,
            -against-                                     **PETITION FOR REMOVAL**

L M C TRUCKING CORP. and JORGE A.
PANCHAME,
                              Defendants.
------------------------------------------------------------x

TO:   JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK

   The Petition of the defendants, L M C TRUCKING CORP. and JORGE A. PANCHAME (hereinafter referred to as the "defendants"), respectfully states as follows:

   1.   The undersigned is the attorney for the defendants in the above-entitled action now pending in the Supreme Court of the State of New York, County of Bronx.

   2.   That the causes of action as set forth in the Complaint seek monetary damages for personal injuries.

   3.   In the Complaint the plaintiff seeks to recover damages for personal injuries allegedly resulting from the negligence in the ownership and operation of defendant's vehicle that was involved in an accident that took place on October 14, 2021, on the Cross Bronx Expressway headed away from the George Washington Bridge just past Jerome Avenue, Bronx, New York. Please note that the Police did not respond to this accident.

   4.   It is alleged that the defendant was negligent in the ownership and operation of a certain vehicle bearing New Jersey State License Plate No. XFYG66.

5. The plaintiff, according to the Summons, Complaint and Bill of Particulars resides at 467 West 153rd Street, Apt. 3, New York, New York 10031.

6. The defendant, JORGE A. PANCHAME, is a resident of Union City, New Jersey, and resides at 732 22nd Street, Union City, New Jersey 07087.  The defendant, JORGE A PANCHAME, previously resided at 6802 Edgemere Drive, Temple Hills, Maryland 20748.  He moved to the Union City, NJ address on June 1, 2021.  The defendant, L M C TRUCKING CORP., is currently a resident of the State of New Jersey, with its principal place of business located at 175 Nelson Avenue, 1st Floor, Jersey City, New York 07307.  The sole officer of L M C TRUCKING CORP. is Carlos Lopez, who is currently a resident of North Bergen, New Jersey, and resides at 511 New Castle Road, North Bergen, New Jersey 07047.  L M C TRUCKING CORP. is a New Jersey corporation created in 2002.  L M C TRUCKING CORP. has never had an office anywhere in New York State.

7. That this action may be removed to this Court by the defendants pursuant to 28 U.S.C. Section 1441(c) since plaintiff's action is a civil action where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

8. As the residence of the defendants and the plaintiff establishes complete diversity of citizenship and the amount in controversy exceeds the sum of $75,000, exclusive of costs and interests, the defendant desires to remove this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

9. The defendants have attached a copy of all process and pleadings thus far served herein as *Exhibit "A"*.

**WHEREFORE**, the defendants pray that the action now pending in the Supreme Court of the State of New York, County of Bronx, be removed to this Court.

Dated: New York, New York
April 26, 2022

Yours etc.,

MORRIS DUFFY ALONSO FALEY & PITCOFF

By: _____
MICHAEL V. CAMPANILE
Attorneys for Defendants
L M C TRUCKING CORP. and
JORGE A. PANCHAME
101 Greenwich Street, 22nd Floor
New York, New York 10006
(212) 766-1888; fax: (212) 766-3252
Our File No.: (PRG) 73645

TO: ZLOTOLOW & ASSOCIATES, P.C.
Attorneys for Plaintiff
58 South Service Road, Suite 130
Melville, New York 11747
(631) 396-7400